JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ROBERTO FLORES-ESTRADA, <br> Defendant. | NO. CR09-5526BHS <br><br> ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT |

The Court, having considered the parties' Joint Motion To Extend Time To File Indictment Under Speedy Trial Act finds that:

1. Mr. Flores-Estrada is charged by Complaint with Illegal Rentry after Deportation, in violation of Title 8, United State Code, Section 1326(a). Defendant was arrested and made his Initial Appearance on August 12, 2009.

2. Under the Speedy Trial Act, an Indictment charging a defendant must be filed within 30 days from the date on which the defendant was arrested or served with a summons in connection with such charges. 18 U.S.C. §3161(b). Hence, at the present time, the United States must obtain an Indictment in this case on or before September 11, 2009, to meet the requirements of the Speedy Trial Act.

3. The defendant is diligently conducting an investigation into the circumstances surrounding his situation at the time of his alleged offense. The defendant does not believe

ORDER GRANTING JOINT MOTION TO
EXTEND TIME TO FILE INDICTMENT   – 1

1 that his investigation will be completed by the expiration of the time to obtain an Indictment.

2 The defendant believes that the results of its investigation will be essential to preparing his

3 defense, and may facilitate a resolution of this matter.

4     4.    The parties are seeking an Order continuing the time within which an Indictment

5 must be filed on the ground that the "ends of justice served by taking such action outweigh the

6 best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§

7 3161(h)(7)(A), (B)(i) and (B)(iv).

8     5.    Given that the defense's investigation remains incomplete, the failure to grant an

9 extension would deny the defense the reasonable time necessary for adequate and effective

10 preparation, taking into account the exercise of due diligence. A denial of a continuance also

11 would result in a miscarriage of justice.

12     6.    The defendant has executed a Waiver of Speedy Indictment waiving rights under

13 the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and

14 has further agreed that the period from September 11, 2009, until October 11, 2009, shall be

15 an excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. §

16 3161(h)(7)(A).

17     In light of the foregoing, IT IS HEREBY ORDERED that the time to file an indictment

18 be continued to October 11, 2009. The period of delay resulting from this continuance from

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

ORDER GRANTING JOINT MOTION TO
EXTEND TIME TO FILE INDICTMENT   – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**

September 11, 2009, to October 11, 2009, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(7).

DONE this 25th day of August, 2009.

*signature*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ *Russell V. Leonard*
 Russell V. Leonard
Attorney for Defendant

/s/ *John O'Dell*
John O'Dell
Special Assistant United States Attorney

ORDER GRANTING JOINT MOTION TO
EXTEND TIME TO FILE INDICTMENT  – 3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**